7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Julie K Vannatter
*Debtor*

*Bankruptcy Case No.*
14−41422−abf7

**Julie K Vannatter**
    Plaintiff(s)

*Adversary Case No.*
14−04145−abf

v.

**United States of America**
    Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment is hereby entered that unpaid federal income taxes owed by the debtor for 2008 are properly subject to discharge in this bankruptcy proceeding , and that unpaid income taxes for 2011 are non−dischargeable, in the amount of $278.00 in taxes and $73.06 in penalties and interest. Judgment is without prejudice to any right the debtor may have to seek a judicial determination as to any liabililty which may be alleged for any other years. Each party to bear its own costs.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 1/20/15

Court to serve